

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00143-CR

Jesus Angel **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 348009
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 12, 2014.

_____
Karen Angelini, Justice